# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

25-1339

---

## UNITED STATES OF AMERICA,

Appellee,

v.

## MATTHEW D. KEIRANS,

Appellant.

---

*APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE*
*NORTHERN DISTRICT OF IOWA*
*HONORABLE C.J. WILLIAMS, CHIEF JUDGE U.S. DISTRICT COURT*

---

## APPELLANT'S REPLY BRIEF

---

### Heather Quick
*FEDERAL PUBLIC DEFENDER'S OFFICE*
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401
PHONE: (319) 363-9540
FAX: (319) 363-9542

ATTORNEY FOR APPELLANT

Appellate Case: 25-1339     Page: 1     Date Filed: 10/16/2025 Entry ID: 5568322

# TABLE OF CONTENTS

TABLE OF AUTHORITIES .............................................................................iii

ARGUMENT IN REPLY ...............................................................................1

    I.    Keirans's challenge to the special condition of supervised release requiring a substance abuse evaluation and any recommended treatment is reviewed for an abuse of discretion........................1

CONCLUSION...................................................................................... 3

CERTIFICATE OF FILING AND SERVICE ............................................... 4

Fed. R. App. P. 32(a)(7) AND 8th CIR. RULE 28A(c) CERTIFICATION ..... 5

Appellate Case: 25-1339    Page: 2    Date Filed: 10/16/2025 Entry ID: 5568322

# TABLE OF AUTHORITIES

**Federal Cases:**

*United States v. Davis,* 452 F.3d 991 (8th Cir. 2006)..................................... 2

*United States v. Kent,* 209 F.3d 1073 (8th Cir. 2000) .................................. 2

*United States v. Poitra,* 648 F.3d 884 (8th Cir. 2011) .............................. 1-2

iii

Appellate Case: 25-1339    Page: 3    Date Filed: 10/16/2025 Entry ID: 5568322

**ARGUMENT IN REPLY**

COMES NOW Appellant, Matthew Keirans and hereby respectfully submits this reply to the prosecution's argument.[1]

I.   **Keirans's challenge to the special condition of supervised release requiring a substance abuse evaluation and any recommended treatment is reviewed for an abuse of discretion.**

In the opening brief, Keirans argued that the district court committed an abuse of discretion when it *sua sponte* imposed a special condition of supervised release requiring Keirans to obtain a substance abuse evaluation and any recommended treatment.   In response, the prosecution asserts the challenge should be reviewed for plain error, because Keirans did not object. Gov't Br. 40-42.   For the reasons stated in the opening brief, this Court should apply the abuse of discretion standard of review.

Even if plain error review applies, reversal is still required.   For plain error review, Keirans "must show that there was an error, the error is clear or obvious under current law, the error affected the party's substantial rights, and the error seriously affects the fairness, integrity, or public reputation of judicial proceedings."   *United States v. Poitra*, 648 F.3d 884, 887 (8th Cir.

---

[1]   Keirans reasserts all arguments made in the opening brief.

1

Appellate Case: 25-1339    Page: 4    Date Filed: 10/16/2025 Entry ID: 5568322

2011). As to the first prongs, under *United States v. Kent*, 209 F.3d 1073 (8th Cir. 2000), applying a special condition of supervised release based upon conduct from 30 years prior is clearly erroneous.

Next, the error impacted Keirans's substantial rights, and the error seriously affects the fairness, integrity, or public reputation of judicial proceedings. The condition requires evaluation and any ordered treatment, likely at Keirans's cost. Requiring this condition because of a very distant history of drug use, instead of analyzing Keirans's present situation is improper. "Judges have broad discretion to tailor conditions of supervised release because they are the ones who can best fit conditions to the facts of a specific case. The public expects the courts to exercise that discretion, not impose a special condition as a matter of course." *United States v. Davis*, 452 F.3d 991, 995-96 (8th Cir. 2006).

As a final note, the prosecution argues that Keirans's criminal behavior supports both the mental health condition and the substance abuse condition. Gov't Br. 39, 44. If criminal behavior could justify these conditions, then the conditions could be imposed in all criminal cases. They would no longer be "special conditions," specific to the individual.

# CONCLUSION

For the reasons stated above and in the opening brief, Keirans asks this Court to reverse and remand for resentencing and also vacate the challenged special conditions of supervised release.

Respectfully submitted,

*/s/ Heather Quick*
Heather Quick, First Asst. Federal Defender
Appellate Chief
Federal Public Defender's Office
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401
PHONE: (319) 363-9540
FAX: (319) 363-9542

3

# CERTIFICATE OF FILING AND SERVICE

I certify that on October 15, 2025, I electronically filed the foregoing reply brief with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users were served by the CM/ECF system. The reply brief was scanned for viruses using Trend Micro Apex 14.0.11564. I also certify that after receipt of notice that the reply brief was filed, I will serve a paper copy of this reply brief on defendant-appellant by mailing him a copy at FCI Elkton, P.O. Box 10, Lisbon, OH 44432. I further certify that after receipt of notice that the reply brief was filed, I will transmit 10 paper copies of the reply brief to the Clerk of Court via Federal Express and 1 paper copy to the appellee via regular mail as noted below.

Respectfully submitted,
*/s/ Heather Quick*
Heather Quick, First Asst. Federal Defender
Appellate Chief
Federal Public Defender's Office
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401
P: (319) 363-9540 F: (319) 363-9542

Copy to:
Timothy Vavricek, AUSA
U.S. Attorney's Office
111 Seventh Avenue SE
Cedar Rapids, IA 52401

4

Appellate Case: 25-1339    Page: 7    Date Filed: 10/16/2025 Entry ID: 5568322

**Fed. R. App. 32 (a)(7) AND 8th CIR. RULE 28A(c)**

**CERTIFICATION**

I certify that the foregoing reply brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7). The brief uses a proportional space, 14-point Georgia font. Based on a line count under Microsoft Word Version 2507 Build 16.0.19029.20136, the brief contains 46 lines and 424 words, excluding the table of contents, table of authorities, and certificates of counsel.

Respectfully submitted,

*/s/ Heather Quick*
Heather Quick, First Asst. Federal Defender
Appellate Chief
Federal Public Defender's Office
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401
PHONE: (319) 363-9540
FAX: (319) 363-9542

Appellate Case: 25-1339    Page: 8    Date Filed: 10/16/2025 Entry ID: 5568322